UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20091-CR-GRAHAM/GOODMAN

UNITED STATES OF AMERICA

v.

JOSE LEZAMA,

  Defendant.
_____/

## REPORT AND RECOMMENDATIONS ON CHANGE OF PLEA

This Cause is before the Undersigned on the District Court's Order of Reference [ECF No. 18] to conduct a change of plea hearing for the acceptance of the defendant's guilty plea, and the Undersigned, having conducted the hearing, recommends to the District Court as follows:

1.   On June 13, 2013, the Undersigned convened a hearing to permit the defendant to enter a change of plea. The Undersigned advised the defendant of the right to have these proceedings conducted by the District Judge assigned to the case. Further, the Undersigned advised the defendant that the Undersigned was conducting the change of plea hearing on an Order of Reference from the District Court and with the agreement of the defendant, the defendant's attorney, and the Assistant United States Attorney assigned to this case. The Undersigned further advised the defendant

1

that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

2. The Undersigned advised the defendant that the defendant did not have to permit the Undersigned United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing be conducted only by a United States District Judge. The defendant, the defendant's attorney, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to the Undersigned conducting the change of plea hearing.

3. The Undersigned conducted a plea colloquy in accordance with Rule 11 of the Federal Rules of Criminal Procedure.

4. There is a written plea agreement that has been entered into by the parties in this case. The Undersigned reviewed the plea agreement on the record and had the defendant acknowledge that the defendant signed the plea agreement. The Undersigned also made certain that the defendant was aware of any minimum mandatory sentences and maximum sentences which could be imposed in this case pursuant to the plea agreement and the applicable statutes.

5. The defendant pled guilty to **Counts I and II** as set forth in the Indictment, which counts charge the defendant with possessing and trafficking in device-making equipment, in violation of Title 18, United States Code, Section

1029(a)(4), and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A. [*See* ECF No. 1].

6. The government stated a factual basis for the entry of the plea, which included all of the essential elements of the crimes to which the defendant is pleading guilty, and any sentencing enhancements and/or aggravating factors that may be applicable. The defendant acknowledged the possible maximum penalty which could be imposed in this case.

7. The Undersigned specifically finds that the defendant made a knowing and voluntary waiver of his right to appeal the sentence (unless certain limited circumstances arise). In addition, the Undersigned notes that the defendant specifically acknowledged discussing this appeal waiver with his attorney.

8. Based upon all of the foregoing and the plea colloquy conducted by the Undersigned, the Undersigned respectfully recommends to the District Court that the defendant be found to have freely and voluntarily entered a guilty plea to Counts I and II of the Indictment, as more particularly described herein, and that the defendant be adjudicated guilty of these offenses.

9. A pre-sentence investigation is being prepared for the District Court by the United States Probation Office, and sentencing has been set for **August 20, 2013 at 2:00 p.m., at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 13-4, Miami, Florida.**

**ACCORDINGLY,** the Undersigned respectfully recommends to the District Court that the defendant's plea of guilty be accepted, the defendant be adjudicated guilty of the offenses to which a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have 14 days from the date of this Report and Recommendations within which to file objections, if any, with the Honorable Donald L. Graham, United States District Judge assigned to this case. Failure to file timely objections waives a party's right to review issues related to the defendant's plea under Fed. R. Crim. P. 11 before the District Judge or the Court of Appeals (even under a plain error standard). *See* Fed. R. Crim. P. 59(b)(1), (2), *cited in United States v. Lewis*, 492 F.3d 1219, 1222 (11th Cir. 2007) (en banc).

**RESPECTFULLY RECOMMENDED** at Miami, Florida, this 14th day of June, 2013.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Donald L. Graham
All Counsel of Record
United States Probation